UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOFMAN, STEPHANIE | § | Case No. 10-01857 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 11/30/2012 in Courtroom ,

    North Branch Court
    1792 Nicole Lane
    Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                        Clerk, U. S. Bankruptcy Court

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
§
§
HOFMAN, STEPHANIE  §   Case No. 10-01857
§
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 1,307.00 |
| and approved disbursements of | $ | 19.51 |
| leaving a balance on hand of[1] | $ | 1,287.49 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 326.75 | $ 0.00 | $ 326.75 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 1.73 | $ 1.73 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 326.75 |
| Remaining Balance | $ 960.74 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 17,707.18  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Internal Revenue Service Dept of Revenue POB 7346 Philadelphia, PA 19101-7346 | $ 17,707.18 | $ 0.00 | $ 960.74 |
| | Total to be paid to priority creditors | | | $ 960.74 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph E. Cohen
                              Trustee

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Stephanie Hofman  
Debtor

Case No. 10-01857-ABG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: ahamilton             Page 1 of 3                  Date Rcvd: Nov 16, 2012
                             Form ID: pdf006             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2012.
```
db          #+Stephanie Hofman,    1750 Sunnyside Ave,    Highland Park, IL 60035-2157
14977039     American Express,    Bankruptcy Department,    PO Box 297812,    Fort Lauderdale, FL 33329-7812
18777163     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14977041     Bank of America Home Mortgage,    Bankruptcy Department,    PO Box 533512,    Atlanta, GA 30353-3512
18440478    +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
14977042     Citi Cards,    Bankruptcy Department,    PO Box 688911,    Des Moines, IA 50368-8911
14977043     CitiBank CBSD,    Bankruptcy Department,    PO Box 6241,    Sioux Falls, SD 57117-6241
14977044    +Cunningham Commodities,    C/O Davis McGrath, LLC,    125 S Wacker Dr, Ste 1700,
              Chicago, IL 60606-4478
14977046     DSNB,    Bankruptcy Department,    PO Box 183083,    Columbus, OH 43218-3083
14977048     HSBC,    Bankruptcy Department,    PO Box 17313,    Baltimore, MD 21297-1313
14977051    +Paul Hofman,    876 Timber Hill Road,    Highland Park, IL 60035-5121
14977052    +Visa,    Bankruptcy Department,    PO Box 4521,    Carol Stream, IL 60197-4521
14977053    +WFNNB,    Bankruptcy Department,    PO Box 659728,    San Antonio, TX 78265-9728
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18794767      E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 17 2012 02:30:24
              AMERICAN HONDA FINANCE CORPORATION,    NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,
              IRVING, TX 75016-8088
14977040     +E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 17 2012 02:30:24
              American Honda Financial Services,    Bankruptcy Department,    PO box 650024,    Dallas, TX 75265
14977045      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 17 2012 02:40:33      Discover Financial,
              Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850
18407790      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 17 2012 02:40:33      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany OH 43054-3025
18753091      E-mail/PDF: rmscedi@recoverycorp.com Nov 17 2012 02:41:37      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14977047     +E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2012 02:37:44      GEMB,    Bankruptcy Department,
              PO Box 981400,    El Paso, TX 79998-1400
14977049      E-mail/Text: cio.bncmail@irs.gov Nov 17 2012 02:23:13      Internal Revenue Service,
              Dept of Revenue,    POB 7346,    Philadelphia, PA 19101-7346
14977050      E-mail/Text: bnckohlsnotices@becket-lee.com Nov 17 2012 02:27:44      Kohl's,
              Bankruptcy Department,    PO Box 2983,    Milwaukee, WI 53201-2983
18531318      E-mail/Text: bnc-quantum@quantum3group.com Nov 17 2012 02:35:31
              Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
              Kirkland, WA   98083-0788
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14977038    ##+Alan Hofman,    1750 Sunnyside Ave,    Highland Park, IL 60035-2157
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: ahamilton            Page 2 of 3              Date Rcvd: Nov 16, 2012
                              Form ID: pdf006            Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2012**          **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: ahamilton              Page 3 of 3                  Date Rcvd: Nov 16, 2012
                              Form ID: pdf006              Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2012 at the address(es) listed below:
              Gina B Krol     on behalf of Trustee Joseph Cohen gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gini S. Marziani    on behalf of Creditor   Cunningham Commodities, LLC gsmarziani@davismcgrath.com,
               mjoseph@davismcgrath.com,lmiller@davismcgrath.com
              Joseph E Cohen    on behalf of Trustee Joseph Cohen jcohen@cohenandkrol.com,
               jcohenattorney@aol.com;gkrol@cohenandkrol.com
              Joseph E Cohen     jcohen@cohenandkrol.com,   jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
              M. Gretchen Silver    on behalf of U.S. Trustee Patrick Layng ustpregion11.es.ecf@usdoj.gov,
               gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas W Lynch    on behalf of Debtor Stephanie Hofman twlpc@worldnet.att.net
              Yan  Teytelman    on behalf of Trustee Joseph Cohen yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                             TOTAL: 8
```