# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| HOFMAN, STEPHANIE | § | Case No. 10-01857 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH E. COHEN_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Home Mortgage Bankruptcy Department PO Box 533512 Atlanta, GA 30353-3512 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Home Mortgage Bankruptcy Department PO Box 533512 Atlanta, GA 30353-3512 | | | | | |
| | Paul Hofman 876 Timber Hill Road Highland Park, IL 60035 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Mail Stop 5010-CHI 230 South Dearborn Chicago, IL 60604 | | | | | |
| 000003A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Bankruptcy Department PO Box 297812 Fort Lauderdale, FL 33329-7812 | | | | | |
| | Citi Cards Bankruptcy Department PO Box 688911 Des Moines, IA 50368-8911 | | | | | |
| | CitiBank CBSD Bankruptcy Department PO Box 6241 Sioux Falls, SD 57117-6241 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cunningham Commodities C/O Davis McGrath, LLC 125 S Wacker Dr, Ste 1700 Chicago, IL 60606 | | | | | |
| | DSNB Bankruptcy Department PO Box 183083 Columbus, OH 43218-3083 | | | | | |
| | Discover Financial Bankruptcy Department PO Box 15316 Wilmington, DE 19850 | | | | | |
| | GEMB Bankruptcy Department PO Box 981400 El Paso, TX 79998 | | | | | |
| | GEMB Bankruptcy Department PO Box 981400 El Paso, TX 79998 | | | | | |
| | HSBC Bankruptcy Department PO Box 17313 Baltimore, MD 21297-1313 | | | | | |
| | HSBC Bankruptcy Department PO Box 17313 Baltimore, MD 21297-1313 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohl's Bankruptcy Department PO Box 2983 Milwaukee, WI 53201-2983 | | | | | |
| | Visa Bankruptcy Department PO Box 4521 Carol Stream, IL 60197 | | | | | |
| | WFNNB Bankruptcy Department PO Box 659728 San Antonio, TX 78265 | | | | | |
| 000008 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000009 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| 000004 | CAPITAL ONE, N.A. | | | | | |
| 000001 | CUNNINGHAM COMMODITIES | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000006 | GE CAPITAL RETAIL BANK | | | | | |
| 000007 | GE CAPITAL RETAIL BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-01857 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | HOFMAN, STEPHANIE | | Date Filed (f) or Converted (c): | 01/19/10 (f) |
| | | | 341(a) Meeting Date: | 02/26/10 |
| For Period Ending: | 11/18/13 | | Claims Bar Date: | 04/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/2 interest in a single family residence located | 1,500,000.00 | 0.00 | | 1,306.55 | 0.00 |
| 2. Pocket cash | 100.00 | 0.00 | | 0.00 | 0.00 |
| 3. Checking account at Bank of Highland Park; Balance | 10,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. Trust account at Charles Schwab which holds $2,000 | 7,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. Health savings account | 1,300.00 | 0.00 | | 0.00 | 0.00 |
| 6. 1/2 interest in a kitchen furniture, various house | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 7. Personal clothing | 600.00 | 0.00 | | 0.00 | 0.00 |
| 8. Misc jewerly | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. Term life insurance policy with no cash value | 1.00 | 0.00 | | 0.00 | 0.00 |
| 10. IRA at Charles Schwab | 3,500.00 | 0.00 | | 0.00 | 0.00 |
| 11. Pension and profit sharing plans at Charles Schwab | 100.00 | 0.00 | | 0.00 | 0.00 |
| 12. 2004 Jeep with 10k miles | 9,000.00 | 0.00 | | 0.00 | 0.00 |
| 13. 8 year old computer with accessories | 50.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.45 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,535,651.00    $0.00    $1,307.00    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING THE VALUE OF THE DEBTORS ASSETS. TRUSTEE RECEIVED FROM PROCEEDS FROM THE SALE OF THE DEBTORS
RESIDENCE. TRUSTEE WAITING TO SEE WHAT HAPPENS WITH PENDING OBJECTION TO DISCHARGE FILED BY CREDITOR. TRUSTEE IS
PREPARING HIS FINAL REPORT.
TRUSTEE IS PREPARING HIS FINAL ACCOUNT.

LFORM1    Ver: 17.04

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-01857    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | HOFMAN, STEPHANIE | Date Filed (f) or Converted (c):    01/19/10 (f) |
| | | 341(a) Meeting Date:    02/26/10 |
| | | Claims Bar Date:    04/17/12 |

Initial Projected Date of Final Report (TFR): 03/31/13     Current Projected Date of Final Report (TFR): 03/31/13

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 17.04

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-01857 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HOFMAN, STEPHANIE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2002 Checking Account |
| Taxpayer ID No: | *******4546 | | |
| For Period Ending: | 11/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 1,287.49 | | 1,287.49 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.79 | 1,286.70 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.82 | 1,285.88 |
| * 12/11/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 0.79 | 1,285.09 |
| 12/14/12 | 300001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 326.75 | 958.34 |
| 12/14/12 | 300002 | Internal Revenue Service<br>Dept of Revenue<br>POB 7346<br>Philadelphia, PA 19101-7346 | Claim 000003A, Payment 5.41662%<br>(3-1) MODIFIED ON 01/30/2012 TO<br>CORRECT ADDRESS (WE) | 5800-000 | | 959.13 | -0.79 |
| * 08/15/13 | | Reverses Adjustment OUT on 12/11/12 | BANK SERVICE FEE | 2600-003 | | -0.79 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 1,287.49 | 1,287.49 | 0.00 |
| Less: Bank Transfers/CD's | 1,287.49 | 0.00 | |
| Subtotal | 0.00 | 1,287.49 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 1,287.49 | |

Page Subtotals 1,287.49 1,287.49

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2                                                                                          Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                  Exhibit 9

| Case No: | 10-01857 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | HOFMAN, STEPHANIE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1299  BofA - Money Market Account |
| Taxpayer ID No: | *******4546 | | | |
| For Period Ending: | 11/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/19/10 | 1 | Burnet Title | Distribution per court order | 1110-000 | 1,306.55 | | 1,306.55 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 1,306.56 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,306.60 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,306.63 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,306.66 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,306.69 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,306.72 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,306.75 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,306.78 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,306.81 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,306.82 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 0.64 | 1,306.18 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,306.19 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,306.20 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,306.21 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,306.22 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,306.23 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,306.24 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,306.25 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,306.26 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.66 | 1,304.60 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,304.61 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.61 | 1,303.00 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,303.01 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.61 | 1,301.40 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,301.41 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.71 | 1,299.70 |

Page Subtotals          1,306.93        7.23

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2     Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 10-01857 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | HOFMAN, STEPHANIE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1299 BofA - Money Market Account |
| Taxpayer ID No: | *******4546 | | |
| For Period Ending: | 11/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,299.71 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.54 | 1,298.17 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 1.09 | 1,297.08 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,297.09 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.60 | 1,295.49 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,295.50 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.65 | 1,293.85 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,293.86 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.64 | 1,292.22 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,292.23 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.54 | 1,290.69 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,290.70 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.69 | 1,289.01 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,289.02 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 1.53 | 1,287.49 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 1,287.49 | 0.00 |

Page Subtotals     0.07     1,299.77

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-01857 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | HOFMAN, STEPHANIE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1299 BofA - Money Market Account |
| Taxpayer ID No: | *******4546 | | | |
| For Period Ending: | 11/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,307.00 | 1,307.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 1,287.49 | |
| | | | Subtotal | | 1,307.00 | 19.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,307.00 | 19.51 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********2002 | 0.00 | 1,287.49 | 0.00 |
| BofA - Money Market Account - ********1299 | 1,307.00 | 19.51 | 0.00 |
| | ------------------- | ------------------- | ------------------- |
| | 1,307.00 | 1,307.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*